IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HAROLD D. LATIN                                                              PLAINTIFF

v.                                 Case No. 4:25-cv-04099

SHERIFF DANNY MARTIN;
and LT. KAREN WHOMBLEY                                                       DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on January 21, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 9). Judge Singleton recommends that Plaintiff's complaint be dismissed without prejudice for failure to obey court orders and failure to prosecute. (ECF No. 9, at 3).

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 9) *in toto*. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's orders and for failure to prosecute this case.

**IT IS SO ORDERED**, this 19th day of February, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge